**ORDERED.**

**TIFFANY & BOSCO** P.A.

**Dated: March 29, 2010**

2525 EAST CAMELBACK ROAD
SUITE 300
PHOENIX, ARIZONA 85016
TELEPHONE: (602) 255-6000
FACSIMILE: (602) 255-0192

_____
**EILEEN W. HOLLOWELL**
U.S. Bankruptcy Judge
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-00232

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jorge Magana and Johanna Magana<br>      Debtors.<br>_____<br>U.S. Bank, N.A.<br>      Movant,<br>  vs.<br><br>Jorge Magana and Johanna Magana, Debtors,<br>Edward J. Maney, Trustee.<br><br>      Respondents. | No. 2:09-BK-33281-EWH<br><br>Chapter 13<br><br>ORDER<br><br>(Related to Docket #24) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real

property which is further described as:

    A parcel of land situated in the State of Arizona, County of Maricopa with a street location address of 15644 N. Factory St; Surprise, AZ 85374-4115, currently owned by Jorge Magana and Johanna Magana having a Tax Identification Number of 501-23-073 and being the same property more fully described in Book/Page or Document Number 1866998 dated 11/29/2005 and further described as North El Mirage Plat 3.

    MORE CORRECTLEY DESCRIBED AS:

    Lot 9, NORTH EL MIRAGE, PLAT NO. 3, according to the Plat recorded in Book 54 of Maps, Page 39, records of Maricopa County, Arizona.

    IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.